In Re: Lourdes Maria RAMON, Debtor.

Jorge L. Guerra, Gayle L. Guerra, Plaintiffs–Appellants,

v.

Lourdes Maria Ramon, Defendant–Appellee.

No. 05–16188.
D.C. Docket No. 05–20073–CIV–DLG.
BKCY No. 04–01459–BKC–AJ.

United States Court of Appeals, Eleventh Circuit.

July 14, 2006.

Paulino A. Nunez, Jr., Rodriguez, Tramont, Guerra & Nunez, P.A., Coral Gables, FL, for Plaintiffs–Appellants.

Ivan J. Reich, Becker & Poliakoff, P.A., Ft. Lauderdale, FL, for Defendant–Appellee.

Before TJOFLAT and CARNES, Circuit Judges, and HODGES,* District Judge.

PER CURIAM:

Appellants concede that our recent decision in *Guerra v. Ramon,* —— F.3d —— (11th Cir. June 12, 2006), controls our disposition of this appeal. We agree. The

---

* Honorable Wm. Terrell Hodges, United States District Judge for the Middle District of Florida, sitting by designation.

judgment of the district court is accordingly
AFFIRMED.